Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:     213.457.8000
Facsimile:      213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:      415.391.8269
Email: sboranian@reedsmith.com

Kevin M. Hara (SBN 221604)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94610
Telephone:     510.763.2000
Facsimile:      510.273.8832
Email: khara@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE DENISON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., et al.,<br><br>　　　　　　　　Defendants. | Case No.  **2:07-cv-00079-FCD-EFB**<br><br>**STIPULATION AND ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES PENDING DECISION ON TRANSFER TO VIOXX MDL NO. 1657**<br><br>Honorable Frank C. Damrell, Jr. |

– 1 –
STIPULATION AND ORDER STAYING RULE 26(F) CONFERENCE

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Lynn Franklin v. Merck & Co., Inc*., *et al.,* Case Number 2:07-cv-00079-FCD-EFB, was filed in state court on September 26, 2006 and removed to this Court on January 12, 2007.

No discovery has been conducted or scheduled.

On February 2, 2007, plaintiff filed a Motion to Remand. Oral argument was originally scheduled for March 16, 2007.

On January 16, 2007, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding. This case was listed on a conditional transfer order, CTO-83, on February 1, 2007.

Plaintiff has timely opposed the transfer of this case to the Vioxx MDL. The MDL panel will decide whether this case should be transferred to the MDL.

///

///

STIPULATION AND ORDER STAYING RULE 26(F) CONFERENCE

In light of the pending decision regarding the transfer of this case to the Vioxx MDL, the parties respectfully request that further Joint Status Reports be postponed and that Discovery and Scheduling Conferences be continued so as to allow the JPML to rule on transfer of this tag along action.

IT IS SO STIPULATED.

Dated: March 8, 2007

**REED SMITH LLP**

By:    /s/ Kevin M. Hara
    Kevin M. Hara
    Attorney for Defendant
    MERCK & CO., INC.

Dated: March 8, 2007

**PANISH SHEA AND BOYLE**

By:    /s/ Kevin R. Boyle
    Kevin R. Boyle
    Attorney for Plaintiff
    Denise Denison

## **ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

Dated: March 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE